IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PLUMBERS & PIPEFITTERS LOCAL 178 HEARTH & WELFARE TRUST FUND,** on behalf of itself and all others similarly situated,<br>         **Plaintiff**<br><br>v.<br><br>**ACTAVIS HOLDCO U.S., INC,** *et al.,*<br>         **Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION NO. 17-144** |

## ORDER

**AND NOW**, this 3rd day of March 2017, upon consideration of Defendants' Motion to Modify the Court's February 27, 2017 Order in Light of Recently Filed End-Payer Actions [Doc. No. 40] and the opposition thereto, is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED.**

                                                                      **BY THE COURT:**

                                                                      /s/Cynthia M. Rufe
                                                                      _____
                                                                      **CYNTHIA M. RUFE, J.**