UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLUMBERS & PIPEFITTERS LOCAL 178 HEALTH & WELFARE TRUST FUND, on behalf of itself and others similarly situated<br><br>     Plaintiff,<br><br> v.<br><br>ACTAVIS HOLDCO U.S., INC.; TEVA PHARMACEUTICALS USA, INC.; TEVA PHARMACEUTICAL INDUSTRIES LTD.; MYLAN, INC.; MYLAN PHARMACEUTICALS INC.; UDL LABORATORIES, INC.; ENDO INTERNATIONAL PLC; PAR PHARMACEUTICAL HOLDINGS, INC.; QUALITEST PHARMACEUTICALS, INC.; HERITAGE PHARMACEUTICALS INC.; BRECKENRIDGE PHARMACEUTICALS, INC.; UPSHER-SMITH LABORATORIES, INC.; and ROUSES POINT PHARMACEUTICALS, LLC<br><br>     Defendants. | Case No. 17-cv-0144 (CMR)<br><br>ORAL ARGUMENT REQUESTED |

### NOTICE OF DEFENDANTS HERITAGE PHARMACEUTICALS INC.'S AND UPSHER-SMITH LABORATORIES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

  Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendants Heritage Pharmaceuticals Inc. and Upsher-Smith Laboratories, Inc. (together, "Out-of-State Defendants") hereby move this Court for an order under dismissing all claims against the Out-of-State Defendants. As explained in greater detail in the accompanying Memorandum of Law, all claims should be dismissed because this Court may not exercise personal jurisdiction over the Out-of-State Defendants in this action.

Dated: March 7, 2017                                                    Respectfully submitted,


KIRKLAND & ELLIS LLP                                                    GIBSON, DUNN & CRUTCHER LLP

*/s/ Jay P. Lefkowitz., P.C.*                                           By:  */s/ D. Jarrett Arp*
Jay P. Lefkowitz., P.C.                                                 D. Jarrett Arp
Devora W. Allon                                                         Melanie L. Katsur
601 Lexington Avenue                                                    1050 Connecticut Ave., NW
New York, New York  10022                                               Washington, DC  20036
Telephone: (212) 446-4800                                               Telephone:  (202) 887-3636
Facsimile: (212) 446-6460                                               Facsimile:  (202) 530-9658
lefkowitz@kirkland.com                                                  jarp@gibsondunn.com
devora.allon@kirkland.com                                               mkatsur@gibsondunn.com

***Attorneys for Defendant Upsher-Smith***                              ***Attorneys for Defendant Heritage***
***Laboratories, Inc.***                                                ***Pharmaceuticals Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2017, the foregoing Notice of Defendants Heritage Pharmaceuticals Inc.'s and Upsher-Smith Laboratories, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction was served via the Court's CM/ECF system, which will send notification and a copy of such filing to all counsel of record.  I further certify that the foregoing document is available for viewing and downloading from the CM/ECF system.

*/s/ D. Jarrett Arp*
D. Jarrett Arp